UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ROBINSON AND DANTE HARRELL,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>          Defendants. | Civil No.11cv0876 AJB (WVG)<br><br>ORDER DISMISSING DEFENDANTS CITY OF SAN DIEGO AND DORINDA DODD WITH PREJUDICE<br><br>[Doc. Nos. 118 and 119, respectively] |

    Before the Court are the Parties' joint motions to dismiss Defendant CITY OF SAN DIEGO and Defendant DORINDA DODD from all causes of action in the Second Amended Complaint. (Doc. Nos. 118 and 119.)  Upon consideration of the motions and finding good cause, the Court hereby DISMISSES with prejudice Defendant CITY OF SAN DIEGO and Defendant DORINDA DODD.  Each party to bear their own costs.

    As the Second Amended Complaint has been dismissed as to all Defendants, the Clerk of Court is instructed to close the case.

    IT IS SO ORDERED.

DATED: January 14, 2014

                                                      Hon. Anthony J. Battaglia<br>                                                      U.S. District Judge